B2500A (Form 2500A)
(12/15)

# United States Bankruptcy Court

Middle District of Alabama

In re JACQUELINE ESTY ,  )
           Debtor          )  Case No. 17-33383
                           )
                           )  Chapter 13
JACQUELINE ESTY ,          )
           Plaintiff       )
                           )
                           )
NATIONSTAR MORTGAGE, LLC, dba MR. COOPER ,  )
           Defendant       )  Adv. Proc. No. 21-03007

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

> U.S. Bankruptcy Court
> Middle District of Alabama
> One Church Street
> Montgomery, AL 36104

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Paul D. Esco
> Attorney at Law, LLC
> 2800 Zelda Road; Suite 200-7
> Montgomery, AL 36106

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

04/06/2021



Digitally signed by Juan-Carlos Guerrero
Date: 2021.04.06
12:03:05 -05'00'

# CERTIFICATE OF SERVICE

I, __Paul D. Esco_____, certify that I am, and at all times during the
          (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __04/07/2021_____ by:
    (date)

NOTE: If more space is needed, note "See Attached Page" in the appropriate box and add additional addresses to 3rd page of form.

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> See Page Three

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
        as follows: [Describe briefly]                                            (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__04/07/2021_____       __/s/ Paul D. Esco_____
Date                                                Signature

Print Name:

Paul D. Esco

Business Address:

2800 Zelda Road; Suite 200-7
Montgomery, AL 36106

## Additional Addresses

Nationstar Mortgage, LLC
dba Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, TX  75019

Jay Bray-CEO
Nationstar Mortgage, LLC dba Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, TX  75019

Corporation Service Company, Inc.
Registered Agent for Nationstar Mortgage, LLC
dba Mr. Cooper
641 South Lawrence Street
Montgomery, AL 36104