**The relief described hereinbelow is SO ORDERED**

**Done this 7th day of May, 2021.**



**William R. Sawyer**
**United States Bankruptcy Judge**

_____



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | |
|---|---|
| IN RE:<br><br>JACQUELINE ESTY,<br><br>　　Debtor. | Case No. 17-33383<br>Chapter 13 |
| JACQUELINE ESTY,<br><br>　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>　　Defendant. | Adversary No. 21-03007 |

**CONSENT ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR NATIONSTAR TO RESPOND TO THE AMENDED COMPLAINT**

　　This matter is before the Court on the Joint Motion filed by the Parties requesting an extension of time for Nationstar to respond to the Amended Complaint. Based on the consent of

1

the Parties and for good cause shown, the Motion is hereby **GRANTED**. Nationstar shall have until **June 7, 2021** to file its answer or other defenses to the Amended Complaint.

### END OF ORDER ###

**PREPARED AND PRESENTED BY:**

/s/ Amanda Beckett
Amanda M. Beckett (ASB-1884-N75B)
Timothy P. Pittman (ASB-0075-I51P)
**RUBIN LUBLIN, LLC**
428 N. Lamar Blvd., Suite 107
Oxford, MS 38655
(601) 398-0153 (Telephone)
(404) 921-9016 (Facsimile)
abeckett@rubinlublin.com
tpittman@rubinlublin.com

*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper*

**CONSENTED TO:**

/s/ Paul D. Esco (by AMB w/ permission)
PAUL D. ESCO ASB-3772-O61P
Attorney for Plaintiff/Debtor
OF COUNSEL:
PAUL D. ESCO
ATTORNEY AT LAW, LLC
2800 Zelda Road; Suite 200-7
Montgomery, Alabama 36106
334/832-9100
334/832-4527 [fax]
E-mail: paul.esco@aol.com